UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY MARALDO AND<br>CLAUDE MARALDO | CIVIL ACTION |
| VERSUS | NO. 07-2828 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION "N" (2) |

### ORDER AND REASONS

Presently before the Court is Plaintiffs' Motion to Disqualify Attorney (Rec. Doc. No. 24). Having carefully reviewed the parties' submissions, the Court recognizes that Mr. Jones could have chosen different, and perhaps more specific, words to describe his 1995 criminal proceeding. Nevertheless, the undersigned, who regularly presides over federal criminal proceedings, was sufficiently informed regarding the matter, and does not find the disclosure to have been inaccurate or misleading. Additionally, given Mr. Jones's explanation of, and lack of personal involvement in, the attorney misconduct addressed in *Rodriguez v. State Farm*, 88 S.W.3d 313 (Tex. App. 2002), and *Manokoune v. State Farm*, 145 P.3d 1081, 1087 (Okla. 2006), the Court finds those events to have little, if any, bearing on the propriety of Mr. Jones's continued representation of State Farm in this matter. Moreover, though they state as much, *see* Memorandum in Support at page 9, Plaintiffs fail to demonstrate any prejudice or "taint" hindering the assertion of their claims in these proceedings.

Accordingly, for these reasons, **IT IS ORDERED** that Plaintiffs' motion is **DENIED**. It is further hoped and expected that the parties and their counsel will hereinafter dedicate their and the Court's resources to resolving the claims asserted in this action, whether amicably or through continued litigation, rather than casting exiguous stones at opposing counsel.

New Orleans, Louisiana, this 9th day of July 2008.

_____
**KURT D. ENGELHARDT**
**United States District Judge**